UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHEILA GARCIA,

           Plaintiff,

   v.

NANCY A. BERRYHILL, Acting Commissioner of Social Security,

           Defendant.

CASE NO. 3:16-CV-05763-DWC

ORDER DIRECTING PLAINTIFF TO PROVIDE ADDITIONAL DOCUMENTATION

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. *See also* Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, Dkt. 3; Consent to Proceed Before a United States Magistrate Judge, Dkt. 5. This matter is before the Court on Plaintiff's Stipulated Motion for Attorney Fees Pursuant to 28 U.S.C. § 2412(D). Dkt. 18.

An application for attorney's fees under the Equal Access to Justice Act ("EAJA") must include "an itemized statement from any attorney . . . stating the actual time expended and the rate at which fees and other expenses were computed." 28 U.S.C. § 2412(d)(1)(B). An application must also include an affidavit reflecting Plaintiff's net worth did not exceed

$2,000,000.00 at the time the civil action was filed. *See* 28 U.S.C. § 2412(d)(2)(B). Finally, as the EAJA awards attorney's fees to "the prevailing party," an application for fees payable directly to a plaintiff's attorney must include an assignment of the EAJA fee award from the plaintiff to his or her attorney. *See* 28 U.S.C. § 2412(d)(1)(A); *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010).

The Motion did not include an: (1) itemized statement from Plaintiff's attorney representing the hours expended and the hourly rate; (2) affidavit reflecting her net worth did not exceed $2,000,000.00 at the time the civil action was filed; and (3) assignment of the EAJA fee award. *See* Dkt. 18. Plaintiff is directed to provide to the Court with the above identified documents on or before June 12, 2017.

Dated this 22nd day of May, 2017.

David W. Christel
United States Magistrate Judge